STATE OF NEW JERSEY v. JAMES LEWIS.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. AARON STAMPS.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. QUINTON LOWE.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT GRANGER.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS RAY MORRIS.

December 6, 1988.

Petition for certification denied.